UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANGELO T. GULLOTTI,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:20-CV-10605-FMO-ADS<br><br>[~~PROPOSED~~] JUDGMENT |

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.


Date: November 30, 2021        /s/ Autumn D. Spaeth
                                                HON. AUTUMN D. SPAETH
                                                U.S. MAGISTRATE JUDGE