James B. Lewis, Esq. # 297326
jim@jameslewislawoffice.com
P.O. Box 2832
Laguna Hills, CA  92654
(310) 903-8926 phone
(213) 403-5409 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO T. GULLOTTI,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>   Acting Commissioner of Social Security,<br>    Defendant. | Civil Action No.  2:20-cv-10605-FMO-ADS<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

   Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d),

   IT IS ORDERED that attorney fees and expenses of $7,221.30 as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.


DATE:  1/11/2022              _____/s/ Autumn D. Spaeth_____
                              HONORABLE AUTUMN D. SPAETH
                              UNITED STATES MAGISTRATE JUDGE


Respectfully submitted:

/s/ James B. Lewis
James B. Lewis
Attorney for Plaintiff

1